IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| EUGENE E. WELCH, | | No. 2:12-cv-2838-CMK-P |
| | Plaintiff, | |
| | vs. | ORDER |
| CDCR, et al., | | |
| | Defendant. | |
| _____/ | | |

       Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff was previously ordered to submit a complete application to proceed in forma pauperis, along with a certified copy of his trust account statement for the six-month period immediately preceding the filing of the complaint, or paid the required filing fee. See 28 U.S.C. §§ 1914(a), 1915(a), (a)(2). Plaintiff has submitted a new application, but has failed to provide the *certified* copy of his trust account statement as required. In his filing, he objects to the prison's policy of how to obtain the certified copy of his trust account statement, namely that he will not be present at the time the copy is certified and sent to the court.

       The court sees nothing inherently prejudicial in this process, at least as it pertains to plaintiff's situation. The only legal document plaintiff is required to send to the court at the

1 | present time is his application to proceed in forma pauperis. This fee waiver form has no
2 | information relating to this action or any of the claims in his complaint. The court will notify
3 | plaintiff if the application is not received within the time allotted. As such, plaintiff will be
4 | required to follow the policy as to what is he needs to do in order to obtain a certified copy of his
5 | trust account statement. The court will construe his latest filing as a request for additional time
6 | in order to comply.

Plaintiff is again cautioned that failure to resolve the fee status of this case within the time provided may result in the dismissal of this action for lack of prosecution and failure to comply with court rules and orders. See Local Rule 110.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion (Doc. 7) is construed as a request for additional time to resolve his fee status;

2. Plaintiff is required to follow the proper procedures to obtain the necessary certification of his trust account statement;

3. Plaintiff shall submit on the form provided by the Clerk of the Court, within 30 days from the date of this order, a complete application for leave to proceed in forma pauperis, with the required certified copy of his trust account statement, or the appropriate filing fee; and

4. The Clerk of the Court is directed to send plaintiff a new form Application to Proceed In Forma Pauperis By a Prisoner.

DATED: April 14, 2014

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE